■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HALBERT SULLIVAN, Appellant.—Judgment unanimously affirmed, and counsel's application to withdraw granted, there being substantial compliance with *People v Crawford* (71 AD2d 38). (Appeal from judgment of Monroe County Court—criminal sale controlled substance, third degree.) Present—Simons, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.